## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

DIEGO TZUNUX-HERNANDEZ &
FIDEL TZUNUX-HERNANDEZ,

      Petitioners,

v.

                              Case No. 1:26-cv-02577-MIS-LF

TODD BLANCHE, Attorney General of the
United States; MARKWAYNE MULLIN,
Secretary, U.S. Department of Homeland
Security; DAVID J. VENTURELLA, Acting
Director, U.S. Immigration and Customs
Enforcement; MARY DE ANDA-YBARRA,
Field Office Director of the ICE El Paso Field
Office of Enforcement and Removal
Operations; and WARDEN, Cibola County
Processing Center,

      Respondents.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order

Granting Petition for Writ of Habeas Corpus entered contemporaneously herewith, Final Judgment

is hereby entered in favor of Petitioners Diego Tzunux-Hernandez and Fidel Tzunux-Hernandez

and against Respondents Markwayne Mullin, Mary De Anda-Ybarra, Todd Blanche, David

Venturella, and Warden, Cibola County Processing Center.

 

                                _____

                                **MARGARET STRICKLAND**
                                UNITED STATES DISTRICT JUDGE